UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re:<br><br>Scott Forbes and Ginette Forbes, | Case No.: 09-27371 |
| Roberta A. DeAngelis, United States Trustee,<br><br>Plaintiff(s)<br><br>v.<br><br>Scott Forbes,<br><br>Defendant(s) | Adv. No.: 12-1032<br><br>Judge: Novalyn L. Winfield |

## ORDER DENYING SCOTT FORBES' DISCHARGE

**DATED: 12/2/2013**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2

Debtor:         Scott Forbes and Ginette Forbes

Case No.:       09-27371

Adv. No.:       12-1032

Caption of Order:    Order Denying Scott Forbes' Discharge

___

    This matter having come before the court at a trial to deny Scott Forbes' discharge, the court having considered the testimony, the trial exhibits, the argument of counsel and applicable legal authority, and having issued its opinion dated December 2, 2013; it is

    ORDERED, that Scott Forbes' discharge is denied.

*Approved by Judge Novalyn L. Winfield December 02, 2013*